UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION

No. 7:14-CR-109-H

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | ORDER TO SEAL |
| | ) | |
| TERRY SHERMAN | ) | |

Upon motion of the United States, it is hereby ORDERED that the Government's Motion and Order (Docket No. 26), be sealed until such time as requested to be unsealed by the United States Attorney.

It is FURTHER ORDERED that the Clerk provide a filed copy of the Order to the United States Attorney's Office.

This the 9th day of April 2015.

MALCOLM J. HOWARD
Senior United States District Judge