UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION

NO. 7:14-CR-109-1H

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| Plaintiff, ) | |
| vs. ) | ORDER TO SEAL |
| ) | |
| TERRY WAYNE SHERMAN, ) | |
| Defendant. ) | |

Upon Motion of the Defendant, it is hereby ORDERED that the Defendant's Sentencing Memorandum in the above captioned matter, be sealed until such time as requested to be unsealed by the Defendant.

This the 4th day of April 2016.

MALCOLM J. HOWARD
SENIOR UNITED STATES DISTRICT JUDGE
EASTERN DISTRICT OF NORTH CAROLINA